UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――X

RENE LISOJO,

        Petitioner,

      -against-                                  09 Civ. 7928 (CM)(AJP)

DAVID ROCK, Superintendent,
Great Meadow Correctional Facility,

        Respondents.

―――――――――――――――――――――――X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10
```

### DECISION AND ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS

McMahon, J.:

      On September 16, 2009, *pro se* petitioner filed a petition for a writ of habeas corpus from his state conviction for second degree murder and sentence of twenty-five years to life. The Court referred the matter to The Hon. Andrew J. Peck, United States Magistrate Judge, to prepare a Report and Recommendation. On March 31, 2010, Magistrate Judge Peck issued a comprehensive and scholarly report, recommending that the petition be denied. Petitioner filed his objections to the report on April 19, 2010.

      After reviewing the record in this case, including the Magistrates Report and Recommendation and petitioner's objections to that report, the Court adopts Magistrate Judge Peck's Report as its opinion.

      The petition is denied.

      As Petitioner has made no substantial showing of the denial of a constitutional right, there is no question of substance for appellate review. Therefore, no certificate of appealability shall issue. 28 U.S.C. § 2253; see United States v. Perez, 129 F. 3d 255, 259-60 (2d Cir. 1997); Lozada v. United States, 107 F. 3d 1011 (2d Cir. 1997); Rodriguez v. Scully, 905 F. 2d 24 (2d Cir. 1990). I certify, pursuant to 28 U.S.C. § 1915(a), that an appeal from this order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438 (1962).

April 29, 2010

                                                            _____
                                                                      U.S.D.J.

Copies mailed/faxed/handed to counsel on 4/29/10

BY FIRST CLASS MAIL TO:

Rene Lisojo
#03-A-1437
Great Meadow Correctional Facility
P.O.Box 51
Comstock, NY 12821-0051

Allen H. Saperstein
Assistant District Attorney
198 East 161st Street
Bronx, NY 10451

BY FAX TO:

Magistrate Judge Andrew J. Peck